**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IPA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 17-119-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ACER INC. and ACER AMERICA CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ACER INC. and ACER AMERICA CORPORATION hereby disclose that Acer Inc. is the parent corporation to Acer America Corporation. Acer Inc. is a publicly traded company in Taiwan, R.O.C. that is the parent corporation and owns 100% of the shares of Boardwalk Capital Holdings Limited, a British Virgin Islands Company. Boardwalk Capital Holdings is the parent company and owns 100% of the shares of Acer American Holdings Corporation, a Delaware corporation. Acer American Holdings Corporation is the parent corporation and owns 100% of the shares of Gateway, Inc., a Delaware corporation. Gateway, Inc. owns more than 10% of the shares of Acer America Corporation. There is no entity or publicly held corporation owning 10% or more of Acer Inc.'s stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

OF COUNSEL:

Michael C. Ting
TECHKNOWLEDGE LAW GROUP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94612
Tel: (650) 517-5200

Dated: May 2, 2017
5115760 / 43969