## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., | |
| Plaintiff, | C.A. No. 1:17-cv-00119-RGA |
| v. | |
| ACER INC. and ACER AMERICA CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff IPA Technologies Inc. ("IPA") and Defendants Acer Inc. and Acer America Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismissal of this action including all claims filed by IPA, WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 16, 2018

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Stephanie E. O'Byrne* |
| Stephen B. Brauerman (No. 4952) | David E. Moore (#3983) |
| Sara E. Bussiere (No. 5725) | Bindu A. Palapura (#5370) |
| 600 N. King Street, Suite 400 | Stephanie E. O'Byrne (#4446) |
| P.O. Box 25130 | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19899 | 1313 N. Market Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | Tel: (302) 984-6000 |
| sbussiere@bayardlaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| OF COUNSEL: | sobyrne@potteranderson.com |
| Paul J. Skiermont | OF COUNSEL: |
| Sarah E. Spires | |
| Steven W. Hartsell | Michael C. Ting |
| Sadaf R. Abdullah | TECHKNOWLEDGE LAW GROUP |
| Alexander E. Gasser | 100 Marine Parkway, Suite 200 |
| Christopher M. Hodge | Redwood Shores, CA 94612 |
| SKIERMONT DERBY LLP | Tel: (650) 517-5200 |
| 1601 Elm St. Ste. 4400 | mting@tklg-llp.com |
| Dallas, TX 75201 | |
| (214) 978-6600 | *Attorneys for Defendants Acer Inc. and Acer* |
| pskiermont@skiermontderby.com | *America Corporation* |
| sspires@skiermontderby.com | |
| shartsell@skiermontderby.com | |
| sabdullah@skiermontderby.com | |
| agasser@skiermontderby.com | |
| chodge@skiermontderby.com | |

Mieke K. Malmberg
SKIERMONT DERBY LLP
800 Wilshire Blvd. Ste. 1450
Los Angeles, CA 90017
mmalmberg@skiermontderby.com

*Attorneys for Plaintiff IPA Technologies, Inc.*

SO ORDERED this ___ day of _____, 2018

_____
United States District Judge